CHARLES L. BERNHEIM, Appellant, *v.* ALBERT DAGGETT, Sheriff, etc., Respondent.

(Argued March 10, 1881; decided March 22, 1881.)

*Lewis Sanders* for appellant.

*B. F. Tracy* for respondent.

Agree to affirm without opinion
All concur.
Judgment affirmed.

---

THE St. VINCENT FEMALE ORPHAN ASYLUM OF THE CITY OF TROY, Appellant, *v.* THE CITY OF TROY, Respondent.

(Argued March 14, 1881; decided March 22, 1881.)

*Olin A. Martin* for appellant.

*R. A. Parmenter* for respondent.

Agree to affirm on opinion of BOCKES, J., in court below.
All concur.
Judgment affirmed.